FILED
2018 NOV -9 PM 2:09
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| | ) | |
| v. | ) | CASE NO. 1:18 CR 661 |
| | ) | Title 18, Section 2252(a)(2) and |
| SEAN P. McELHATTEN, | ) | 2252A(a)(5)(B), United States |
| | ) | Code |
| Defendant. | ) | |

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about March 21, 2017 through on or about July 12, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant SEAN P. McELHATTEN, using any means and facility of interstate and foreign commerce, did knowingly receive and distribute numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, Section 2256(2), United States Code, in violation of Title 18, Section 2252(a)(2), United States Code.

COUNT 2
(Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2. On or about July 12, 2017, in the Northern District of Ohio, Eastern Division, Defendant SEAN P. McELHATTEN did knowingly possess an Alienware laptop computer s/n:

3XNT4K1, a white Lexar 4GB USB flash drive, a green and white Lexar 16GB USB flash drive, and a green and white Lexar 64GB USB flash drive, all of which contained child pornography as defined in Title 18, Section 2256(8), United States Code, which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, Section 2252A(a)(5)(B), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.